# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 302 MAL 2018

         Respondent    :

                :    Petition for Allowance of Appeal from

                :    the Order of the Superior Court

         v.             :

AUBREY DEVON SIMPSON,    :

         Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.